# ELECTRONIC RECORD

1612-14

COA #   02-12-00637-CR          OFFENSE:  29.03

STYLE:  Israel Meza v. The State of Texas          COUNTY:  Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT:  432nd District Court

DATE: 11/06/14          Publish: NO   TC CASE #:     1259657D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Israel Meza v. The State of Texas          CCA #:  1612-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _____02/04/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**